IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00428-WYD

BILL GOOD MARKETING, INC.
Plaintiff,

v.

GORILLASOFT, INC.

Defendants
_____

**ORDER OF RECUSAL**
_____

      This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Plaintiff Bill Good Marketing, Inc. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

      ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

      Dated: March 3, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief U. S. District Judge